*Friday, November 4, 1994*

## MERIT DOCKET

**94-2327.** State ex rel. Jennings v. Taft. Expedited Election Matter. *Sua sponte,* cause dismissed. MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

## MOTION DOCKET

**DD 88-30.** Disciplinary Counsel v. Freeman. It is ordered by the court, *sua sponte,* that relator file a reply to respondent's brief by November 10, 1994.

**94-1804.** Piphus v. Blum. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondents' motion to dismiss and relators' motion to amend complaint to properly name the Hamilton County Court of Appeals as respondent,

IT IS ORDERED by the court, *sua sponte,* that the Hamilton County Court of Appeals is made a party and is given fourteen days from the date of service of summons to answer.

*Monday, November 7, 1994*

## MERIT DOCKET

**94-2393.** State ex rel. Schorr v. Delaware Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relator's motion for issuance of peremptory writ or alternative writ,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed.

MOYER, C.J., A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., concur.

WRIGHT and PFEIFER, JJ., would dismiss subject to further order.

DOUGLAS, J., would issue a provisional writ of mandamus allowing relators to vote with their votes sealed until the merits of the case are decided.

*Wednesday, November 9, 1994*

## MERIT DOCKET

**91-547.** Baker v. Pease Co. Certified Question of State Law, No. 893985. *Sua sponte,* pursuant to S.Ct.Prac.R. XVIII(6), the court declines to answer the certified questions and dismisses this cause.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK and PFEIFER, JJ., concur.

DOUGLAS, J., would answer the certified questions.

F.E. SWEENEY, J., would continue the stay.

**94-2040.** State ex rel. Forsyth v. Brigner. In Mandamus. On motions to dismiss. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94-2069.** State ex rel. Jackson v. Rogers. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would grant an alternative writ.